# Third District Court of Appeal
## State of Florida

Opinion filed November 8, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0428
Lower Tribunal No. F20-17755
_____

**Dexter Ettienne-Modeste, Jr.,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Dexter Ettienne-Modeste, Jr., in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.